UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Currie,

                    Plaintiffs,

        -against-

.United States of America,

                  Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 11/15/2024 __

**ORDER RE STATUS CONFERENCE**

**7:23-cv-3519 VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **12/10/2024 at 11:00 am.**

The parties are to dial in to the Cisco Webex conference line at **855-244-8681 enter access code**

**2310-527-2044** and then # to enter the conference.

       **SO ORDERED.**

DATED:    White Plains, New York
           November 15, 2024

                                  VICTORIA REZNIK
                                  United States Magistrate Judge